James E. Harper, Esq.
Nevada Bar No. 9822
HARPER WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 252-5002
Fax: (702) 252-5006
Email: eservice@harperwixom.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDITH RUELAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOES I through X, ROE BUSINESS ENTITIES, XI through XX, inclusive,<br><br>Defendants. | Case No. 2:26-cv-00364-GMN-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, EDITH RUELAS, by and through her attorneys of record, LAWRENCE C. HILL & ASSOCIATES, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its attorneys of record, HARPER WIXOM, that the above-entitled matter

/ / /

/ / /

/ / /

be dismissed with prejudice; each party to bear their own costs and attorney fees.

DATED this 21st day of August 2026.

**LAWRENCE C. HILL & ASSOC.**

*/s/ Lawrence C. Hill*

______________________________

Lawrence C. Hill, Esq.
Nevada Bar No. 11989
2020 Sunset Road
Henderson, NV 89014
*Attorneys for Plaintiff*

DATED this 21st day of August 2026.

**HARPER WIXOM**

*/s/ James E. Harper*

______________________________

James E. Harper, Esq.
Nevada Bar No. 9822
1935 Village Center Circle
Las Vegas, Nevada 89134
*Attorneys for Defendant*

**ORDER**

**IT IS HEREBY ORDERED** that this action is **DISMISSED with prejudice**, with each party to bear its own attorneys' fees and costs.

The Clerk of Court is kindly directed to close the case.

IT IS SO ORDERED:

DATED this 21 day of August, 2026.

______________________________

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT